# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2003 OCT 21  P 12: 25

| | |
|---|---|
| BRIGITTA RAINEY | : CIVIL ACTION NO. |
| *Plaintiff* | : 3:01CV2109(SRU) |
| v. | : |
| SHAUN B. CASHMAN, COMMISSIONER | : |
| CONNECTICUT DEPARTMENT OF LABOR | : |
| ET AL. | : |
| *Defendants* | : OCTOBER 20, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendants, State of Connecticut, Department of Labor; Catherine Serino; and Shaun B. Cashman, hereby request a modification of the scheduling order entered by the court on September 10, 2003. The defendants request a modification for the purpose of completing depositions.

1. On September 4, 2003, Counsel for the plaintiff filed a Motion to Modify the Scheduling Order. On September 10, 2003, Judge Underhill granted plaintiff's Motion. As a result, discovery was cutoff on November 15, 2003; dispositive motions were due on December 15, 2003, damage analysis had to be provided by November 1, 2003, joint trial memorandum was due January 15, 2004 and the case was to be ready for trial on May 1, 2004.

2. On September 22, 2003, counsel for the defendants returned from maternity leave and was recently re-assigned the above captioned case.

3. On October 8, 2003, defense counsel sent plaintiffs counsel a revised Medical Records Release Authorization. A new Medial Release was necessary since the first one did not comply with HIPPA. Defense Counsel is still awaiting the signed return of these documents.

4. On October 20, 2003, counsel for the defendants contacted plaintiff's counsel, Christian Corriveau, to schedule the deposition of the plaintiff. Plaintiff's counsel stated that she would be on vacation the first week in November, and her office was moving the second week of November. She requested that she would prefer the deposition to occur in late November.

5. The defendants therefore request that the Motion to Modify the Scheduling Order be granted to complete depositions.

6. This is the defendants First request to Modify the Scheduling Order.

7. Christine Corriveau, counsel for the plaintiffs, is in agreement with the making of this motion.

The defendants request that the Scheduling Order be modified as follows:

1) Discovery remain open until December 15, 2003.

2) A damage analysis will be provided by any party who has a claim or counterclaim for damages by December 1, 2003.

3) Dispositive Motions be due on or before January 15, 2004

4) Joint Trial Memorandum be due February 15, 2004, however, if a dispositive Motion has been filed, the Trial Memorandum will be due 30 days after the Court has ruled on the Motion.

5) The case will be ready for trial by June 1, 2004.

WHEREFORE, for all the foregoing reasons, the defendants move for a modification of the scheduling order.

                    DEFENDANTS

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: _____
     Maria C. Rodriguez
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel.: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Mariac.Rodriguez@po.state.ct.us
     Federal Bar No. ct 08946

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **MOTION TO MODIFY SCHEDULING ORDER**, was mailed this 20th day of October, 2003, first class postage prepaid, to:

Christine E. Corriveau, Esq.
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT 06106
Tel.: (860) 560-2590
Fax.: (860) 560-3238

_____
Maria C. Rodriguez
Assistant Attorney General