UNITED SATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY<br>　　Plaintiff | : <br> : <br> : <br> : | |
| v. | : <br> : | CIV. NO. 3:01CV2109(SRU) |
| SHAUN B. CASHMAN, COMMISSIONER,<br>CONNECTICUT DEPARTMENT OF LABOR,<br>CATHERINE J. SERINO, IN THEIR<br>INDIVIDUAL CAPACITIES<br>　　Defendants | : <br> : <br> : <br> : <br> : | OCTOBER 21, 2003 |

**MOTION FOR PERMISSION TO AMEND COMPLAINT**

The Plaintiff herein moves to amend the Complaint to conform with the Court's ruling on the Motion to Dismiss, as per the appended Amended Complaint.

PLAINTIFF

By_____
Francis A. Miniter, Esq. ct09566
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT 06106
Tel. (860)560-2590
Fax (860) 560-3238

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed to the following this 23rd day of October 2003:

Maria C. Rodriguez
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                                _____
                                                Francis A. Miniter