UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 21  P 12: 25

| | |
|---|---|
| BRIGITTA RAINEY<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:01CV2109(SRU) |
| v. | : |
| SHAUN B. CASHMAN, COMMISSIONER<br>CONNECTICUT DEPARTMENT OF LABOR<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>: OCTOBER 20, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendants, State of Connecticut, Department of Labor; Catherine Serino; and Shaun B. Cashman, hereby request a modification of the scheduling order entered by the court on September 10, 2003. The defendants request a modification for the purpose of completing depositions.

1. On September 4, 2003, Counsel for the plaintiff filed a Motion to Modify the Scheduling Order. On September 10, 2003, Judge Underhill granted plaintiff's Motion. As a result, discovery was cutoff on November 15, 2003; dispositive motions were due on December 15, 2003, damage analysis had to be provided by November 1, 2003, joint trial memorandum was due January 15, 2004 and the case was to be ready for trial on May 1, 2004.

2. On September 22, 2003, counsel for the defendants returned from maternity leave and was recently re-assigned the above captioned case.

3. On October 8, 2003, defense counsel sent plaintiffs counsel a revised Medical Records Release Authorization. A new Medial Release was necessary since the first one did not comply with HIPPA. Defense Counsel is still awaiting the signed return of these documents.

Motion Granted.
Discovery cutoff date December 15, 2003
Dispositive Motions Due by January 15, 2004
SO ORDERED
Stefan R. Underhill, U.S.D.J.
10/28/03