**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 DEC 10  A 11: 55

| | |
|---|---|
| BRIGITTA RAINEY | : CIVIL ACTION NO. |
| *Plaintiff* | : 3:01CV2109(SRU) |
| | : |
| v. | : |
| | : |
| SHAUN B. CASHMAN, COMMISSIONER | : |
| CONNECTICUT DEPARTMENT OF LABOR | : |
| ET AL. | |
| *Defendants* | : DECEMBER 9, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendants, State of Connecticut, Department of Labor; Catherine Serino; and Shaun

B. Cashman, hereby request a modification of the scheduling order entered by the court on

October 28, 2003. The defendants request a modification for the purpose of completing the

deposition of the plaintiff.

1.      On September 4, 2003, Counsel for the plaintiff filed a Motion to Modify the

Scheduling Order.  On September 10, 2003, Judge Underhill granted plaintiff's Motion.  As a

result, discovery was cutoff on November 15, 2003; dispositive motions were due on December

15, 2003, damage analysis had to be provided by November 1, 2003, joint trial memorandum

was due January 15, 2004 and the case was to be ready for trial on May 1, 2004.

2.      On October 21, 2003, Counsel for the defendants filed a Motion to Modify the

Scheduling Order.  On October 28, 2003. Judge Underhill granted the defendant's Motion and

discovery was cutoff on December 15, 2003, dispositive motions were due by January 15, 2004,

Joint Trial Memorandu was due on February 15, 2004 and the case was to be ready for trial my

June 1, 2004.

3.     On October 8, 2003, defense counsel sent plaintiffs counsel a revised Medical Records Release Authorization.  A new Medical Release was necessary since the first one did not comply with HIPPA.  Counsel received the .Medical Releases were received on November 10, 2003.  The Medical Releases were sent on November 12, 2003, to the plaintiff's physicians.

4.     The plaintiff's deposition was conducted on November 24, 2003.  The deposition was continued because defense counsel still had not received the documents requested from the plaintiff's psychologist.  It was also discovered at the deposition that defense counsel had not received a complete set of documents from the plaintiff's primary physician.  The plaintiff's primary physician had switched offices and while the plaintiff stated she had seen the physician for years, the doctor only provided notes from July of 2003.  Defense counsel is currently attempting to obtain the notes of the plaintiff's primary physician prior to July of 2003 and needs more time to determine who has the notes and get a proper Medical Release to the prior practice.

5.     The defendants therefore request that the Motion to Modify the Scheduling Order be granted to complete the plaintiff's deposition.

6.     This is the defendants Second request to Modify the Scheduling Order.

7.     Christine Corriveau, counsel for the plaintiffs, is in agreement with the making of this motion.  Attorney Corriveau indicated that she also needed more time to complete discovery until January 5, 2004..

The defendants request that the Scheduling Order be modified as follows:

1)     Discovery remain open until January 5, 2004.

2)     A damage analysis will be provided by any party who has a claim or counterclaim for damages by December 1, 2003.

3)     Dispositive Motions be due on or before February, 5 2004

4)     Joint Trial Memorandum be due March 5, 2004, however,

2

if a dispositive Motion has been filed, the Trial Memorandum will be

due 30 days after the Court has ruled on the Motion.

5)      The case will be ready for trial by July 1, 2004.


WHEREFORE, for all the foregoing reasons, the defendants move for a modification of

the scheduling order.


DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Maria C. Rodriguez
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Mariac.Rodriguez@po.state.ct.us
Federal Bar No. ct 08946

## CERTIFICATION

I hereby certify that a copy of the foregoing **MOTION TO MODIFY SCHEDULING**

**ORDER**, was mailed this 9th day of December, 2003, first class postage prepaid, to:


Christine E. Corriveau, Esq.
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT  06106
Tel.: (860) 560-2590
Fax.: (860) 560-3238


_____
Maria C. Rodriguez
Assistant Attorney General

3