UNITED SATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 24  P 12: 20

BRIGITTA RAINEY
Plaintiff

CIV. NO. 3:01CV2109(SRU)

v.

SHAUN B. CASHMAN, COMMISSIONER,
CONNECTICUT DEPARTMENT OF LABOR,
CATHERINE J. SERINO, IN THEIR
INDIVIDUAL CAPACITIES
Defendants

OCTOBER 21, 2003

## MOTION FOR PERMISSION TO AMEND COMPLAINT

The Plaintiff herein moves to amend the Complaint to conform with the Court's ruling on the Motion to Dismiss, as per the appended Amended Complaint.

PLAINTIFF

By _____
Francis A. Miniter, Esq. ct09566
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT 06106
Tel. (860)560-2590
Fax (860) 560-3238

[Handwritten margin note: Granted. The clerk shall docket the Amended Complaint. was 12/17/03 So ordered.]