01CV2109MExTTIME

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV2109(SRU) |
| | : | |
| v. | : | |
| | : | |
| SHAUN B. CASHMAN, COMMISSIONER | : | |
| CONNECTICUT DEPARTMENT OF LABOR | : | |
| ET AL. | : | |
| *Defendants* | : | DECEMBER 9, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendants, State of Connecticut, Department of Labor; Catherine Serino; and Shaun B. Cashman, hereby request a modification of the scheduling order entered by the court on October 28, 2003. The defendants request a modification for the purpose of completing the deposition of the plaintiff.

    1.    On September 4, 2003, Counsel for the plaintiff filed a Motion to Modify the Scheduling Order. On September 10, 2003, Judge Underhill granted plaintiff's Motion. As a result, discovery was cutoff on November 15, 2003; dispositive motions were due on December 15, 2003, damage analysis had to be provided by November 1, 2003, joint trial memorandum was due January 15, 2004 and the case was to be ready for trial on May 1, 2004.

    2.    On October 21, 2003, Counsel for the defendants filed a Motion to Modify the Scheduling Order. On October 28, 2003. Judge Underhill granted the defendant's Motion and discovery was cutoff on December 15, 2003, dispositive motions were due by January 15, 2004, Joint Trial Memorandu was due on February 15, 2004 and the case was to be ready for trial my June 1, 2004.

---

Handwritten margin note:
Motion Granted.
Discovery cutoff date January 5, 2004
Dispositive Motions Due by February 5, 2004
SO ORDERED
12/16/03
Stefan R. Underhill, U.S.D.J.