FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 14 P 12: 36

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV2109(SRU) |
| | : | |
| v. | : | |
| | : | |
| SHAUN B. CASHMAN, COMMISSIONER | : | |
| CONNECTICUT DEPARTMENT OF LABOR | : | |
| ET AL. | | |
| *Defendants* | : | JANUARY 13, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS
## TO PLAINTIFF'S AMENDED COMPLAINT

The defendants, Shaun B. Cashman and Catherine J. Serino, herby submit the following as their Answer to the plaintiff's Amended Complaint dated October 21, 2003.

1.  As to paragraph 1 the defendant leaves the plaintiff to her proof as to the courts jurisdiction under 42 U.S.C..§§ 1981 and 1983, 28 U.S.C. §§ 1331, 1343(a)(3) and (4) and denies the court has supplemental jurisdiction.

2.  Paragraph 2 is admitted.

3.  As to paragraph 3, the defendants have insufficient knowledge on which to form an opinion or belief as to the plaintiff being a resident of Meriden, CT. The defendants admit the plaintiff is an employee of the State of Connecticut, Department of Labor, Board of Mediation and Arbitration.

4.  Paragraph 4, Subsections A, B, and C are admitted.

COUNT ONE

Paragraphs 5-9 were incorporated from paragraphs 1 through 4, therefore, defendants' answers to paragraph 1 through 4 are incorporated as the responses to paragraphs 5 through 9

10.     Paragraph 10 is denied. Plaintiff has been employed by State Board of Mediation and Arbitration, (hereinafter "the Board") since September 1, 1995.

11.     As to paragraph 11, is admitted in part and denied in part. The plaintiff was reclassified from Office Assistant to Secretary I, effective April 9, 1999, as a result of a restructuring of the Board's clerical staff.

12      As to paragraph 12 defendants have insufficient knowledge on which to form an opinion or belief as to when the plaintiff became aware of something.

13.     Paragraph 13 is denied.

14.     Paragraph 14 is denied. Ms. Hinz was hired as a Secretary I effective August 14, 1998.

15.     Paragraph 15 is denied.

16.     As to paragraph 16, the defendants have insufficient knowledge on which to form an opinion or belief as to when the plaintiff became aware of something. Furthermore, the plaintiff was already a Secretary I in June of 1999.

17.     As to Paragraph 17 defendants do not understand what plaintiff is referring to and therefore have insufficient knowledge on which to form an opinion or belief.

18.     Paragraph 18 is denied. Ms. Hinz was reclassified to Secretary II, effective April 9, 1999 as a result of a restructuring of the Board's clerical staff.

19.     Paragraph 19 is admitted in part and denied in part. There is no automatic promotion to Secretary II upon the completion of the working test period for Secretary I and it is denied that Ms. Hinz was promoted to Secretary II because she completed her working test period. It is admitted that plaintiff was not promoted to Secretary II when she completed her probationary

period. The plaintiff did not pass the Secretary II exam until August of 2000. The plaintiff was promoted to Secretary II effective November 30, 2001.

20. Paragraph 20 is admitted.

21. Paragraph 21 is admitted, she was not promoted at that time.

22. Paragraph 22 is admitted. Plaintiff did complete her working test period as a Secretary I and her ratings were based on that position at that time.

23. Paragraph 23 is denied.

24. Paragraph 24 is denied.

25. Paragraph 25 is admitted.

26. Paragraph 26 is admitted in part and denied in part. As to Ms. Serino it is admitted, as to Ms. Rainey, she is not a defendant and therefore, as to her it is denied.

27. Paragraph 27 is admitted.

28. Paragraph 28 is admitted.

29. Paragraph 29 is denied.

30. Paragraph 30 is denied.

31. Paragraph 31 is denied.

32. Paragraph 32 is denied.


COUNT TWO

Paragraphs 33-65 were incorporated from paragraphs 1 through 32 of Count One, and made paragraphs 33 through 65, of Count Two, therefore, defendants' answers to paragraph 1 through 32 are incorporated as the responses to paragraphs 33 through 65.

66. Paragraph 66 is denied.

3

COUNT THREE

Paragraphs 67-98 (improperly labeled paragraphs 67-84) were incorporated from paragraphs 1 through 32 of Count One, and made paragraphs 67 through 98 (improperly labeled paragraphs 67 through 99) of Count Three, therefore, defendants' answers to paragraph 1 through 32 are incorporated as the responses to paragraphs 67 through 98.

Paragraph 99, (improperly labeled 85) is admitted.

Paragraph 100, (improperly labeled 86) is admitted.

Paragraph 101, (improperly labeled 87) is admitted.

Paragraph 102, (improperly labeled 88) is denied.

Paragraph 103, (improperly labeled 89) is denied.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over one or all of the plaintiff's claims.

SECOND AFFIRMATIVE DEFENSE

One or all of the plaintiff's claims fail to state a claim upon which relief can be granted.

THIRD AFFIRMATIVE DEFENSE

At all time relevant to this complaint the defendants acted with a reasonable believe that their actions were lawful and they are therefore entitled to qualified immunity.

FOURTH AFFIRMATIVE DEFENSE

The court lacks sufficient basis to exercise pendent jurisdiction over any state law claims.

4

## FIFTH AFFIRMATIVE DEFENSE

The plaintiff has failed to mitigate her damages.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiff has failed to comply with one or more applicable statutes of limitation.

## SEVENTH AFFIRMATIVE DEFENSE

The defendants reserve the right to assert additional defenses as they become known through discovery

                      DEFENDANTS

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

BY: _____
     Maria C. Rodriguez
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-0120
     Tel.: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Mariac.Rodriguez@po.state.ct.us
     Federal Bar No. ct 08946

## CERTIFICATION

I hereby certify that a copy of the foregoing <u>ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFF'S AMENDED COMPLAINT</u>, was mailed this 13TH of January, 2004, first class postage prepaid, to:

    Christine E. Corriveau, Esq.
    Miniter and Associates
    147 Charter Oak Avenue
    Hartford, CT  06106
    Tel.: (860) 560-2590
    Fax.: (860) 560-3238

                                          _____
                                          Maria C. Rodriguez
                                          Assistant Attorney General

003874491