UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -4 A 11: 38

| | | |
|---|---|---|
| BRIGITTA RAINEY<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:01CV2109(SRU) |
| v. | : | |
| SHAUN B. CASHMAN, COMMISSIONER<br>CONNECTICUT DEPARTMENT OF LABOR<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>: | FEBRUARY 3, 2004 |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the defendants, the State of Connecticut, Department of Labor; Catherine J. Serino; and Shawn Cashman, respectfully request an enlargement of time of three weeks, until February 26, 2004, to file a Motion for Summary Judgment.

Counsel for the defendants requests this enlargement of time inasmuch as:

1. Defendants' motion for summary judgment is due on February 5, 2004

2. Defense counsel has been busy working on the defendants' Motion for Summary Judgment, Memorandum of Law in Support of the Motion for Summary Judgment and the Local 56(a)1 Statement with affidavits but needs additional to complete the required documents.

3. Counsel has also been preparing for depositions in Easterling v. State of Connecticut, et. al., CV02CV0393 and Orsini v. State of Connecticut, et. al., 3:03CV1949(AWT). Counsel has also been busy reviewing documents in the Orsini in an effort to expedite the deposition of a defendant with Parkinson's disease.

4. This is the defendants' first request for an enlargement of time to file a motion for summary judgment.

5. Christine Corriveau, counsel for the plaintiff, has no objection to the granting of this motion.

WHEREFORE, the defendants request that their motion for summary judgment be due on February 26, 2004.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Maria C. Rodriguez
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Mariac.Rodriguez@po.state.ct.us
Federal Bar No. ct 08946

## CERTIFICATION

I hereby certify that a copy of the foregoing <u>Motion for Enlargement of Time</u> was mailed this 3rd day of February, 2004, first class postage prepaid, to:

Christine E. Corriveau, Esq.
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT 06106
Tel.: (860) 560-2590
Fax.: (860) 560-3238

_____
Maria C. Rodriguez
Assistant Attorney General