UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV2109(SRU) |
| | : | |
| v. | : | |
| | : | |
| SHAUN B. CASHMAN, COMMISSIONER | : | |
| CONNECTICUT DEPARTMENT OF LABOR | : | |
| ET AL. | : | |
| *Defendants* | : | FEBRUARY 26, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The defendants, Catherine J. Serino and Shawn Cashman, respectfully move, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of this District for an order of summary judgment in their favor on all claims set forth against them in the plaintiff's complaint. In support of this motion, the defendants submit herewith a Local Rule 56(a)1 Statement, with affidavits and supporting documentation proof and a Memorandum of Law in Support of Motion for Summary Judgment.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____
Maria C. Rodriguez
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail :
Mariac.Rodriguez@po.state.ct.us
Federal Bar No. ct 08946

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Motion For Summary Judgment was mailed this 26th day of February, 2004, first class postage prepaid, to:

Christine E. Corriveau, Esq.
Miniter and Associates
147 Charter Oak Avenue
Hartford, CT  06106
Tel.: (860) 560-2590
Fax.: (860) 560-3238

_____
Maria C. Rodriguez
Assistant Attorney General