UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGETTA RAINEY: | | Case No. 3:01CV2109(SRU) |
| *Plaintiff* | : | |
| v. | : | Judge Stefan R. Underhill |
| | : | |
| SHAUN CASHMAN, | : | |
| Commissioner, | : | |
| State of Connecticut | : | Notice of Manual Filing |
| Dept. of Labor, et al. | : | |
| *Defendants* | : | February 26, 2004 |

Please take notice that the Defendants, Shaun Cashman, Commissioner, Department of Labor, et al., have manually filed the following document or thing

Exhibits in Support of Defendant's Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                              Respectfully submitted,

                                              /s/ Maria C. Rodriguez
                                              Maria C. Rodriguez
                                              Assistant Attorney General
                                              55 Elm Street, P.O. Box 120
                                              Hartford, CT  06141-0120
                                              Phone: (860) 808-5340
                                              Fax: (860) 808-5383
                                              E-mail: Mariac.Rodriguez@po.state.ct.us
                                              Federal Bar # ct08946