UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 FEB -4 A 11: 38

| | |
|---|---|
| BRIGITTA RAINEY | : CIVIL ACTION NO. |
| *Plaintiff* | : 3:01CV2109(SRU) |
| v. | : |
| SHAUN B. CASHMAN, COMMISSIONER | : |
| CONNECTICUT DEPARTMENT OF LABOR | : |
| ET AL. | |
| *Defendants* | : FEBRUARY 3, 2004 |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b) of the rules of procedure of this Court, the defendants, the State of Connecticut, Department of Labor; Catherine J. Serino; and Shawn Cashman, respectfully request an enlargement of time of three weeks, until February 26, 2004, to file a Motion for Summary Judgment.

Counsel for the defendants requests this enlargement of time inasmuch as:

1. Defendants' motion for summary judgment is due on February 5, 2004

2. Defense counsel has been busy working on the defendants' Motion for Summary Judgment, Memorandum of Law in Support of the Motion for Summary Judgment and the Local 56(a)1 Statement with affidavits but needs additional to complete the required documents.

3. Counsel has also been preparing for depositions in <u>Easterling v. State of Connecticut, et. al.</u>, CV02CV0393 and <u>Orsini v. State of Connecticut, et. al.</u>, 3:03CV1949(AWT). Counsel has also been busy reviewing documents in the <u>Orsini</u> in an effort to expedite the deposition of a defendant with Parkinson's disease.

GRANTED; ABSENT OBJECTION.
SO ORDERED. 2/5/04

FILED 2004 MAR 11 P 3: 26
U.S. DISTRICT COURT
BRIDGEPORT. CONN