UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIGITTA RAINEY                             :    CIVIL ACTION NO:
                                            :    3:01CV2109 (SRU)
V.                                          :
                                            :
SHAUN B. CASHMAN,                           :
COMMISSIONER, DEPARTMENT OF
LABOR, ET AL                                :    March 15, 2004

FILED
2004 MAR 17 P 1: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR EXTENSION OF TIME

Pursuant to D.CONN. L. CIV. R. 7, the Plaintiff in the above entitled matter requests an Extension of Time to answer and object to the Defendant's Motion for Summary Judgment dated February 26, 2004. In the past month, the Plaintiff's counsel has had numerous briefs due and was sent unexpectedly out of the office for several days. In addition, there is brief due in the Appellate Court for the State of Connecticut on April 6th. Despite diligent effort, Counsel has not been able to complete the Objection. The Plaintiff requests until April 30, 2004 to Object to the Defendant's Motion for Summary Judgment.

The Plaintiff has contacted Defendant's Counsel who has no objection to this Request. This is the Plaintiff's first request for an extension of time.

THE PLAINTIFF

By_____
Christine E. Corriveau
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct 21212

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 16th day of March, 2004:

Maria Rodriguez
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Christine E. Corriveau