UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR -7 P 2: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| BRIGITTA RAINEY | : CIVIL ACTION NO. |
| | : 3:01CV2109 (SRU) |
| V. | : |
| | : |
| SHAUN B. CASHMAN, | : |
| COMMISSIONER, DEPARTMENT OF | : |
| LABOR, ET AL | : April 6, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff in the above entitled matter requests an Extension of Time to file the Pretrial Memorandum, currently due on April 23, 2004. At present, there is an outstanding Motion for Summary Judgment with the Objection being due on April 30, 2004. The Plaintiff requests that the parties be allowed until 30 days after the Court's ruling on the Motion for Summary Judgment to file the Joint Pretrial brief.

Plaintiff has contacted Defendant's Counsel, who has no objection to this request. In fact, Defendant's Counsel concurs that an extension would be desirable until the Court rules on the Motion for Summary Judgment. This is the Plaintiff's first request for an extension of time.

THE PLAINTIFF

By _____
Christine E. Corriveau
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct 21212

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 6th day of April, 2004:

Maria Rodriguez
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Christine E. Corriveau