UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 APR -7 P 2: 22

BRIGITTA RAINEY                              :        CIVIL ACTION NO:
                                             :        3:01CV2109 (SRU)
                                             :        U.S. DISTRICT COURT
V.                                           :        BRIDGEPORT. CONN
                                             :
SHAUN B. CASHMAN,
COMMISSIONER, DEPARTMENT OF
LABOR, ET AL                                 :        April 6, 2004

## MOTION FOR EXTENSION OF TIME

The Plaintiff in the above entitled matter requests an Extension of Time to file the

Pretrial Memorandum, currently due on April 23, 2004. At present, there is an outstanding

Motion for Summary Judgment with the Objection being due on April 30, 2004. The Plaintiff

requests that the parties be allowed until 30 days after the Court's ruling on the Motion for

Summary Judgment to file the Joint Pretrial brief.

Plaintiff has contacted Defendant's Counsel, who has no objection to this request. In

fact, Defendant's Counsel concurs that an extension would be desirable until the Court rules on

the Motion for Summary Judgment. This is the Plaintiff's first request for an extension of time.

THE PLAINTIFF

By _____
Christine E. Corriveau
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct 21212

Granted. The deadline for filing the joint pretrial memorandum is extended. Counsel must, however, still attend the trial calendar call on May 7, 2004. So ordered.

Stefan R. Underhill
United States District Judge
04/14/04