UNITED SATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | |
|     Plaintiff | : | |
| | : | |
| | : | CIV. NO. 3:01CV2109(SRU) |
| v. | : | |
| | : | |
| SHAUN B. CASHMAN, COMMISSIONER, | : | |
| CONNECTICUT DEPARTMENT OF LABOR, | : | April 29, 2004 |
| CATHERINE J. SERINO, IN THEIR | : | |
| INDIVIDUAL CAPACITIES | : | |
|     Defendants | : | |

**PLAINTIFF'S OBJECTION TO SUMMARY JUDGMENT**

The Plaintiff in the above captioned matter hereby objects to the Defendant's Motion for Summary Judgment for the reasons contained in the Memorandum filed herewith.

The following documents accompany this Objection:

1. Memorandum of Law;

2. Plaintiff's Local Rule 56(a)(2) Statement;

3. Affidavit of Brigitta Rainey;

4. Affidavit of Christine E. Corriveau

                                                                                            PLAINTIFF

                                                                                       By_____
                                                                                    Francis A. Miniter, Esq. ct09566
                                                                                    Miniter and Associates
                                                                                    100 Wells Street Unit 1-D
                                                                                    Hartford, CT 06103
                                                                                    Tel. (860)560-2590
                                                                                    Fax (860) 560-3238

## CERTIFICATION

  I hereby certify that a copy of the foregoing was mailed to the following this _____ day of April, 2004:

Maria C. Rodriguez  
Assistant Attorney General  
55 Elm Street  
P.O. Box 120  
Hartford, CT 06141-0120

                 _____  
                 Francis A. Miniter