UNITED SATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | |
|     Plaintiff | : | |
| | : | |
| | : | CIV. NO. 3:01CV2109(SRU) |
| v. | : | |
| | : | |
| SHAUN B. CASHMAN, COMMISSIONER, | : | |
| CONNECTICUT DEPARTMENT OF LABOR, | : | April 29, 2004 |
| CATHERINE J. SERINO, IN THEIR | : | |
| INDIVIDUAL CAPACITIES | : | |
|     Defendants | : | |

### AFFIDAVIT OF CHRISTINE E. CORRIVEAU

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1. I am an Attorney of the Plaintiff's.

2. Attached hereto are true copies of relevant portions of the deposition of Brigitta Rainey.

3. Attached hereto is a true copy of Attachment J from the Affidavit of Thomas Malecky.

Dated at Hartford, Connecticut this 29th day of April, 2004.

_____
Christine E. Corriveau

Subscribed and sworn to before me this 29th day of April, 2004.

_____
Daniel C. Spineti
Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this _____ day of April, 2004:

Maria C. Rodriguez
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                                                                                                   _____
                                                                                                                    Christine E. Corriveau