UNITED SATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | |
|     Plaintiff | : | |
| | : | |
| | : | CIV. NO. 3:01CV2109(SRU) |
| v. | : | |
| | : | |
| SHAUN B. CASHMAN, COMMISSIONER, | : | |
| CONNECTICUT DEPARTMENT OF LABOR, | : | April 29, 2004 |
| CATHERINE J. SERINO, IN THEIR | : | |
| INDIVIDUAL CAPACITIES | : | |
|     Defendants | : | |

## PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT

1. Admitted
2. Admitted
3. Admitted
4. Admitted
5. Admitted
6. Admitted
7. Admitted
8. Denied
9. Admitted
10. Admitted
11. Admitted
12. Admitted
13. Admitted
14. Admitted
15. Admitted

16. Admitted

17. Admitted

18. Admitted

19. Admitted

20. Admitted

21. Admitted

22. Admitted

23. Denied

24. Admitted

25. Admitted

26. Admitted

27. Admitted

28. Admitted

29. Admitted

30. Admitted

31. Admitted

32. Admitted

33. The first sentence is admitted.  The rest of the paragraph is denied.  Affidavit of Brigitta Rainey ¶17.

34. Admitted

35. Admitted

36. Admitted

37. Admitted

38. Admitted

39. The first sentence is admitted. The rest of the Paragraph is unsupported opinion.

40. Admitted

41. Admitted

42. Admitted

43. The first sentence is admitted. The rest of the Paragraph is unsupported opinion.

44. Admitted

45. The first sentence and last sentence are admitted. The rest of the Paragraph is unsupported opinion.

46. Admitted

47. The first sentence is admitted. The rest of the Paragraph is unsupported opinion.

48. Admitted

49. Admitted

50. Admitted

51. Admitted

## MATERIAL FACTS IN DISPUTE TO BE TRIED

1. In April, 1999, while the Plaintiff was employed as an Office Assistant, the Plaintiff became aware that the Board had a Secretary I position open, a position that offered greater pay and responsibilities than the position then held by Plaintiff. Affidavit of Brigitta Rainey at ¶2.

2. Defendant Catherine J. Serino, Director of the Board was aware that Plaintiff intended to post for the Secretary I position, and she offered to upgrade the Plaintiff's position to Secretary I. Based solely on Serino's representations, the Plaintiff did not post for the Secretary I position. Affidavit of Brigitta Rainey at ¶3.