HONORABLE **Stefan Underhill**
DEPUTY CLERK **Monte/Sbalbi** RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ~~hours~~ ~~minutes~~

DATE **5-7-04**   START TIME _____   END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv 2109 (SRU)**

**Rainey**
vs.
**Cashman**

§ **Christine Corniveau**
§     Plaintiffs Counsel
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§ **Terry O'Neil**
§     Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☐ ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☐ ___#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ___#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ___#___ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ___#___ Motion _____   ☐ granted ☐ denied ☐ advisement

☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed

☐ _____ # jurors present

☐ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ Voir Dire by Court

☐ Peremptory challenges exercised (See attached)

☐ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ Remaining jurors excused

☐ Discovery deadline set for _____

☐ Disposition Motions due _____

☑ **Jury Selection set for Sept. 9, 2004 @ 9:00 am**
~~Joint trial memorandum due~~

☑ Trial continued until **Sept. 27** at **2004 9:00 am**

☐ COPY TO: JURY CLERK