UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | |
| v | : | 3:01cv2109 (SRU) |
| SHAWN B. CASHMAN<br>CATHERINE J. SERINO | : | |

## J U D G M E N T

This matter came on before the Honorable Stephen R. Underhill, United States District Judge, as a result of the defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after oral argument held on June 23, 2004, the Motion for Summary Judgment was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated a Bridgeport, Connecticut, this 1st day of July, 2004.

                                                Kevin F. Rowe, Clerk

                                                By /s/ Alice Montz
                                                        Deputy Clerk

Entered on Docket _____