UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY<br>    *Plaintiff* | : | CIVIL ACTION NO.<br>3:01CV2109(SRU) |
| v. | : | |
| SHAUN B. CASHMAN, COMMISSIONER<br>CONNECTICUT DEPARTMENT OF LABOR<br>ET AL.<br>    *Defendants* | :<br><br><br>: | <br><br><br>August 4, 2004 |

## MOTION FOR COSTS

    Defendant's motion for summary judgment was granted on June 23, 2004 in an oral order from the bench by the Honorable United States District Court Judge Stefan R. Underhill. Judgment was entered in this matter for the defendants on July 1, 2004. (Doc. # 54). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully request that

    a.    The court assess costs in this action in the amount of $896.45 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Doc. # 19, March 12, 2002) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, to satisfy in part the bill of costs.

    The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

        DEFENDANTS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


   BY:_____
    Maria C. Rodriguez
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel.: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Mariac.Rodriguez@po.state.ct.us
    Federal Bar No. ct 08946

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 4th day of August, 2004 to all counsel of record.

  Christine E. Corriveau, Esq.
  Miniter and Associates
  100 Wells Street, Suite 1-D
  Hartford, CT 06103
  Tel.: (860) 560-2590
  Fax.: (860) 560-3238


        _____
        Maria C. Rodriguez
        Assistant Attorney General

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRIGITTA RAINEY       : | CIVIL ACTION NO. |
| *Plaintiff*           : | 3:01CV2109(SRU) |
|                       : | |
| v.                    : | |
|                       : | |
| SHAUN B. CASHMAN, COMMISSIONER    : | |
| CONNECTICUT DEPARTMENT OF LABOR   : | |
| ET AL.                | |
| *Defendants*          : | August 4, 2004 |

**BILL OF COSTS**

1. Fees of the Court Reporter .......................................... $ 566.45
    Deposition of Brigitta Rainey, dated
    November 24, 2003 -- bill attached

2. Fees of the Court Reporter …………………………….. $ 330.00
    Deposition of Brigitta Rainey, dated
    January 5, 2004 --  bill attached

    **TOTAL**                        **$ 896.45**

**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIGITTA RAINEY | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:01CV2109(SRU) |
| | : | |
| v. | : | |
| | : | |
| SHAUN B. CASHMAN, COMMISSIONER | : | |
| CONNECTICUT DEPARTMENT OF LABOR | : | |
| ET AL. | | |
| *Defendants* | : | August 4, 2004 |

## CERTIFICATION

I, Maria C. Rodriguez, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Maria C. Rodriguez
Assistant Attorney General


Subscribed and sworn to before me by the above affiant on this the _____ day of August 2004.


_____
Notary Public/Commissioner of the Superior Court

4